# United States District Court
## Violation Notice

**CVB Location Code:** CC63

**Violation Number:** FABC010H
**Officer Name:** Marcus
**Officer No.:** 1896

FABC010H

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/08/2025 13:03
**Offense Charged:** FED 36 CFR 261.10C

**Place of Offense:** ANGELES CREST HIGHWAY MM 38

**Offense Description: Factual Basis for Charge**
36 CFR 261.10C - CONDUCTING BUSINESS

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Baer
**First Name:** Brent
**M.I.:** L

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F
Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:** WPOAA2992SS329457  **CMV:** ☐

**Tag No.:** 467341
**State:** MT
**Year:** 1995
**Make/Model:** PORS/911
**PASS:** ☐
**Color:** ONG

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00  Processing Fee

**PAY THIS AMOUNT**  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
Roybal Federal Building and U.S. Courthouse
6th Floor Duty Courtroom Contact  Court Clerk

**Date (mm/dd/yyyy):** 07/02/2025
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FABC010H

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  05/08/2025  while exercising my duties as a law enforcement officer in the  Central  District of  CA

Pursuant to 16USC 551: While on patrol on the Angeles National Forest / San Gabriel Mountains National Monument, I observed a vehicle parked in a turn out on the Angeles Crest Highway near mile marker 38. I observed Porsche with a Montana license plate, numerous pieces of camera equipment, a drone, and a car equipped for filming. I contacted the party, and asked what was going on. An adult male later identified as Brent L. Baer stated they were conducting a photo shoot / production for Motor Trend Magazine. I requested identification from all persons present. Brent L. Baer confirmed he had not obtained a permit for Commercial Filming, and or paid required fees to the Forest Service to conduct the project. Brent L. Baer stated he believed a permit was not required since his crew was less than 8 persons. Commercial filming is a work activity that requires a permit from the Forest Service. The definitions replied upon for this violation are contained in Forest Service Handbook 2709.11 Special Uses Handbook Chapter 40 Special Use Administration. Permitting must be in compliance with The Act of May 26, 2000 (16 U.S.C. 460l-6d) which requires the Secretary of Agriculture to require a permit and to establish a reasonable fee for commercial filming activities or similar projects on Federal land administered by the Secretary. The act also requires the protection of resources and permit will not be issued if filming creates the likelihood of any of the following: resource damage, an unreasonable disruption of the public's use and enjoyment of the site or the activity poses health or safety risks to the public.The instructions were explained to the defendant indicating they must appear as a collateral amount is not permitted for this violation, a Mandatory Appearance was issued in compliance with Central District of California General Order 107 at 255 E. Temple St. Los Angeles Ca. on the date and time indicated on the face of the Violation Notice. The defendant signed the Officer's copy which is retained on file. I verified with defendant that their current mailing address where they will receive mail is as set forth on the Violation Notice. Motor Trend Magazine has the offender committed or was charged with committing the same or similar offense on a prior occasion on the Angeles National Forest, and was resolved by the U.S. Attorney's Office in the Central District of California.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  05/08/2025  _____
              Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident